# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| ANDREA A. WOLTER, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 5:23-cv-00071 |
| v. ) | |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |

## JUDGMENT ORDER

AND NOW, this **17th** day of **April**, 2024, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), it is further **ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

Entered: April 17, 2024

Michael F. Urbanski
Chief U.S. District Judge
2024.04.17 16:55:05
-04'00'

_____
Michael F. Urbanski
Chief United States District Judge